ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                Plaintiff,

    -against-

NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

                Defendants.
-----------------------------------------------------------------

**RULE 7.1 GENERAL RULES
SOUTHERN DISTRICT**

Civil Action No. 07-CV-08419

PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: September 24, 2007
      Ellenville, New York

                             **J & J SPORTS PRODUCTIONS, INC.**

                            By: /s/Julie Cohen Lonstein
                                JULIE COHEN LONSTEIN, ESQ.
                              Attorney for Plaintiff
                              Bar Roll No. JL8521
                              LONSTEIN LAW OFFICE, P.C.
                              Office and P.O. Address
                              1 Terrace Hill : P.O. Box 351
                              Ellenville, NY  12428
                              Telephone:  (845) 647-8500
                              Facsimile:   (845) 647-6277
                              Email: Info@signallaw.com
                              *Our File No.  07-4-S03*