ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                    Plaintiff,

    -against-

NELLY OLMEDO BUCHELI, Individually,
and as officer, director, shareholder and/or
principal of OLMEDO OLMEDO INC. d/b/a
MOJITAS BAR & GRILL a/k/a MOJITAS
LOUNGE RESTAURANT a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS
BAR & GRILL a/k/a MOJITAS LOUNGE
RESTAURANT a/k/a MOJITAS,

                    Defendants.
---------------------------------------------------------

**CERTIFICATE OF SERVICE**
Civil Action No. 07-CV-08419

      The undersigned hereby certifies that on the 29th day of October, 2007, your deponent mailed a true copy of :

**Order for Initial Pretrial Conference**

upon the following:

Nelly Olmedo Bucheli
6343 Austin Street, Apt. 2D
Rego Park, NY 11374

Olmedo Olmedo, Inc.
219 East 116th Street
New York, NY 10029

                                                /s/ Julie Cohen Lonstein
                                                Julie Cohen Lonstein, Esq.