ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                    Plaintiff,

- against -

NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

                    Defendants.
-----------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from November 27, 2007 at 4:30 p.m. for thirty days (30) in order to give plaintiff sufficient time to complete service of process on the defendants NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS

Dated: November 16, 2007
      Ellenville, NY 12428

  /s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN, ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill : P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277