ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                      Plaintiff,

- against -

NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

                      Defendants.
-----------------------------------------------------------------

**ORDER FOR CONTINUANCE**
Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

Considering the motion of the plaintiff for continuance of the Conference for thirty(30) days allowing time to complete service of process on all of the defendants herein, it is:

ORDERED, that the November 27, 2007 Conference be continued *until January 2, 2008 at 4:30 p.m.*

Dated this _19_ day of _Nov_, 2007

*The Clerk is directed to close this motion (Document #6).*

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge