ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18,2004
DeLaHoya/Hopkins**, Program.

         Plaintiff,

  -against-     **CERTIFICATE OF SERVICE**
         Civil Action No. 07-CV-08419
         HON. SHIRA A. SCHEINDLIN

OLMEDO OLMEDO INC. d/b/a MOJITAS BAR &
GRILL a/k/a MOJITAS LOUNGE RESTAURANT
a/k/a MOJITAS,
         Defendants
-------------------------------------------------------------

  The undersigned certifies that on the 21st   day of December, 2007 your deponent served the following documents by regular mail:

  1) Request for Default
  2) Affidavit in Support of Request for Default
  3) Clerk's Certificate

on the following:

Olmedo Olmedo, Inc.
219 East 116th Street
New York, NY 10029

           /s/ Julie Cohen Lonstein
           Julie Cohen Lonstein