ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

      Plaintiff,

- against -

NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

      Defendants.
-------------------------------------------------------------------

**MOTION FOR CONTINUANCE**
Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

Come now plaintiff, J & J SPORTS PRODUCTIONS, INC., and moves this Court for an Order of Continuance to adjourn the Conference from January 2, 2008 at 4:30 p.m.

Plaintiff has file a Request for Clerk's Entry of Default and will file a Motion for Default Judgment once the Clerk's Certificate is received.

Respectfully Submitted,

Dated: December 21, 2007
   Ellenville, NY 12428

  /s/ Julie Cohen Lonstein
  JULIE COHEN LONSTEIN, ESQ.
  Attorney for Plaintiff
  Bar Roll No. JL8521
  LONSTEIN LAW OFFICE, P.C.
  1 Terrace Hill : P.O. Box 351
  Ellenville, NY  12428
  Telephone:  (845) 647-8500
  Facsimile:   (845) 647-6277