DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | **Plaintiff(s)** / **Petitioner(s)** |
| ~ vs ~ | |
| NELLY OLMEDO BUCHELI, ET AL | **Defendant(s)** / **Respondent(s)** |

Trans. #:  20072324
Date Filed:
Docket/Index #:  07 CIV 8419
Witness Fee:  $0.00
File:   Court Date:
Client Ref #:  07-4-S03
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

STATE OF NEW YORK: COUNTY OF SUFFOLK  : SS:

**CURTIS DUNCAN**, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 11, 2007 at 08:20 PM, at OLMEDO INC., dba MOJITAS BAR & GRILL, 227 EAST 116TH STREET, NEW YORK NY 10029

deponent served the within SUMMONS AND COMPLAINT IN A CIVIL ACTION
on NELLY OLMEDO BUCHELI defendant therein named.

**INDIVIDUAL**
By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said _____
Defendant was identified by self admission

**CORPORATION**
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.

*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON [X]**
By delivering a true copy thereof to and leaving with RUBEN GARCIA  CO WORKER, a person of suitable age and discretion at OLMEDO INC., dba MOJITAS BAR & GRILL, 227 EAST 116TH STREET, NEW YORK, NY,10029  the said premise being the defendants / respondents place of business within the state of New York.

**AFFIXING TO DOOR, ETC.**
By affixing a true copy thereof to the door of the said premises, the same being the defendant's    within the State of New York.

**MAILING [X]**
Deponent completed service under the last two sections by depositing a true copy of the SUMMONS AND COMPLAINT IN A CIVIL ACTION
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on December 12, 2007  to the Above Address
FIRST CLASS MAIL IN AN ENVELOPE BEARING THE LEGEND "PRESONAL & CONFIDENTIAL" & NOT INDICATE ON THE OUTSIDE THEREOF, BY RETURN ADDRESS OR OTHERWISE, THAT IT WAS FROM AN ATTORNEY OR CONCERNED AN ACTION AGAINST THOSE SERVED.

**PREVIOUS ATTEMPTS**
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age **36**  Approximate weight **160**  Approximate height **5'7"**  Sex **Male**

Color of skin **OLIVE**  Color of Hair **BLACK**  Other _____

[X]  Deponent spoke with Person Served    who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

Sworn to before me this 12/12/2007

_____
CURTIS DUNCAN  1212924

_____
VINCENT J. GILLIS
Notary Public State of New York
No. 01GI4984594
Qualified in Suffolk County
Commission Expires July 28, 2007

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program.
              Plaintiff.
    V.

NELLY OLMEDO BUCHELI, Individually, and as officer,
director, shareholder and/or principal of OLMEDO OLMEDO
INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE
RESTAURANT a/k/a MOJITAS, and OLMEDO OLMEDO
INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE
RESTAURANT a/k/a MOJITAS.
              Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07 CIV 8419

TO: (Name and address of Defendant)
NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO
INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS
6343 Austin Street, Apt. 2D
Rego Park, New York 11374         Our File No. 07-4-S03

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MICHAEL McMAHON**                      SEP 28 2007
CLERK                                                DATE

(By) DEPUTY