ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                          Plaintiff,

       -against-

NELLY OLMEDO BUCHELI, Individually, and as
officer, director, shareholder and/or principal of
OLMEDO OLMEDO INC. d/b/a MOJITAS BAR &
GRILL a/k/a MOJITAS LOUNGE RESTAURANT
a/k/a MOJITAS

                          Defendants.
---------------------------------------------------------------

**REQUEST FOR CLERK'S ENTRY OF
DEFAULT**
Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

TO:     J. MICHAEL McMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal

of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE

RESTAURANT a/k/a MOJITAS,  pursuant to Rule 55(a) of the Federal Rules of Civil Procedure

for failure to plead or otherwise  defend the above-captioned action as fully appears from the Court's

file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

Dated: March 11, 2008                  LONSTEIN LAW OFFICE, P.C.
        Ellenville, New York

                                           By: /s/ Julie Cohen Lonstein
                                           Julie Cohen Lonstein
                                           Bar Roll No. JL8512
                                           Attorney for Plaintiff
                                           1 Terrace Hill; PO Box 351
                                           Ellenville, NY 12428
                                           Telephone:  845-647-8500
                                           Facsimile:  845-647-6277