ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
       Plaintiff,

 -against-

NELLY OLMEDO BUCHELI, Individually, and as
officer, director, shareholder and/or principal of
OLMEDO OLMEDO INC. d/b/a MOJITAS BAR &
GRILL a/k/a MOJITAS LOUNGE RESTAURANT
a/k/a MOJITAS
       Defendants.
-----------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT**
Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

STATE OF NEW YORK :
      : SS.:
COUNTY OF ULSTER :

  JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

  1. That I am the attorney for plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

  2. This action was commenced pursuant to 47 U.S.C. §605, *et seq.* A copy of the Summons and Complaint was served on Defendant, NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS, as set forth in the proof of service by Curtis Duncan, ECF Document number 12.

  3. The time within which any of the Defendants may answer or otherwise move with

respect to the Complaint herein has expired. Defendants NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS, have not answered or otherwise moved with respect to the Complaint; and the time for the Defendant(s) to do so has not been extended.

4. Said Defendant(s) are not infants or incompetents. Upon information and belief, Defendant(s) are not presently in the military service of the United States.

**WHEREFORE**, Plaintiff **J & J SPORTS PRODUCTIONS, INC.,** requests that the default of the Defendant(s) NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS, be noted and that judgment be entered in favor of plaintiff and against defendants in the manner stated herein.

Dated: March 11, 2008
      Ellenville, NY 12428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein
Bar Roll No. JL8512

Sworn to before me this 11th
day of March 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*