ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18, 2004
DeLaHoya/Hopkins**, Program.

                                Plaintiff,

         -against-                 **CERTIFICATE OF SERVICE**
                                         Civil Action No. 07-CV-08419
                                         HON. SHIRA A. SCHEINDLIN

NELLY OLMEDO BUCHELI, Individually, and as
officer, director, shareholder and/or principal of
OLMEDO OLMEDO INC. d/b/a MOJITAS BAR &
GRILL a/k/a MOJITAS LOUNGE RESTAURANT
a/k/a MOJITAS
                                Defendants
-------------------------------------------------------------

      The undersigned certifies that on the 11th   day of March 2008 your deponent served the following documents by regular mail:

      1) Request for Default
      2) Affidavit in Support of Request for Default
      3) Clerk's Certificate

on the following:

Nelly Olmedo Bucheli
6343 Austin Street, Apt. 2D
Rego Park, NY 11374

                                                /s/ Julie Cohen Lonstein
                                                Julie Cohen Lonstein