ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                      Plaintiff,

                                    **CLERK'S CERTIFICATE**
-against-                              Civil Action No. 07-CV-08419
                                          HON. SHIRA A. SCHEINDLIN

OLMEDO OLMEDO INC. d/b/a MOJITAS BAR &
GRILL a/k/a MOJITAS LOUNGE RESTAURANT
a/k/a MOJITAS,
                      Defendants.
-----------------------------------------------------------

    I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS, were served with a copy of the Complaint and Summons on October 22, 2007;

    I further certify that the docket entries indicate that OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:            , New York
     Dec 26       2007

                                              J. MICHAEL McMAHON
                                                 Clerk

                                By: _____
                                            Deputy Clerk

ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,
                    Plaintiff,

-against-

NELLY OLMEDO BUCHELI, Individually, and as
officer, director, shareholder and/or principal of
OLMEDO OLMEDO INC. d/b/a MOJITAS BAR &
GRILL a/k/a MOJITAS LOUNGE RESTAURANT
a/k/a MOJITAS,
                    Defendants.

-----------------------------------------------------------

**CLERK'S CERTIFICATE**
Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicates that the Defendants, NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS, were served with a copy of the Complaint and Summons on December 11, 2007;

I further certify that the docket entries indicate that NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS, have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:          , New York
       MARCH 13,          2008

J. MICHAEL McMAHON
              Clerk

By: _____
         Deputy Clerk