ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                  Plaintiff,

against-

NELLY OLMEDO BUCHELI, Individually,
and as officer, director, shareholder and/or
principal of OLMEDO OLMEDO INC. d/b/a
MOJITAS BAR & GRILL a/k/a MOJITAS
LOUNGE RESTAURANT a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS
BAR & GRILL a/k/a MOJITAS LOUNGE
RESTAURANT a/k/a MOJITAS,
                Defendants.
-----------------------------------------------------------

**ATTORNEY'S AFFIDAVIT OF
COSTS AND FEES**
Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

STATE OF NEW YORK :
             : SS.:
COUNTY OF ULSTER  :

      JULIE COHEN LONSTEIN, being duly sworn, deposes and says:

      1.      That I am the attorney for Plaintiff, J & J Sports Productions, Inc., in the above

referenced matter and I am admitted to practice in this Court. I am fully familiar with all the

facts, circumstances and proceedings heretofore had herein.

      2.      I make this affidavit in support of Plaintiff's motion for default judgment and

damages, costs and fees.

      3.      Plaintiff's litigation expenses as associated with the formation, pleading and filing

of the above captioned matter are as outlined below:

            a.      Filing Fees -  $350.00

b.    Service of Process - $200.00
Attached hereto as Exhibit "A," please find invoice from Signal Auditing,
Inc., reflecting the cost of service upon the Defendants.

c.    Attorneys Fees - $ 1,099
See below
Total Litigation Expenses ..............................($1,649.00)

4.    Attorney fees at $200.00 per hour for attorney time spent and $75.00 for paralegal

time spent are as follows:

| Date | Action | (in hours) | Fee | |
|------|--------|------------|-----|---|
| 06//2007 | Factual research and development | .50 | $100.00 | Atty |
| 06/20/2007 | Claim Letter issued | .25 | $18.75 | Para |
| 08/31/2007 | Issued Final Notice Letter | .25 | $18.75 | Para |
| 09/17/2007 | TC with defendant | .12 | $25.00 | Atty |
| 09/26/2008 | Complaint drafted, Corporate disclosure | .50 | $100.00 | Atty |
| 09/26/2007 | Complaint sent to Court for Filing | .25 | $18.75 | Para |
| 10/11/2007 | Arranged Service | .25 | $18.75 | Para |
| 10/25/2007 | Review Order ECF #3 | .13 | $25.00 | Atty |
| 10/29/2007 | Letter to defendants with Conf. Order and Certificate of Service | .25 | $18.75 | Para |
| 11/13/2007 | Filed Proof of Service | .25 | $18.75 | Para |
| 11/16/2007 | Motion to Cont. | .25 | $50.00 | Atty |
| 11/26/2007 | Review Orders | .12 | $25.00 | Atty |
| 12/21/2007 | Prepared RFD | .50 | $100.00 | Atty |
| 12/21/2007 | Motion To Continue | .25 | $50.00 | Atty |
| 12/21/2007 | Filed and Mailed Motion | .25 | $18.75 | Para |
| 12/27/2007 | Discussed settlement with Attorney | .13 | $25.00 | Atty |
| 12/31/2007 | Letter to defendant re Conf. Adjourned | .25 | $18.75 | Para |

| | | | | |
|---|---|---|---|---|
| 01/04/2008 | TC to attorney for defendant | .12 | $25.00 | Atty |
| 01/04/2008 | Letter to attorney for defendant | .25 | $18.75 | Para |
| 01/07/2008 | Received TC and fax from defendant | .13 | $25.00 | Atty |
| 01/18/2008 | TC from attorney | .12 | $25.00 | Atty |
| 01/25/2008 | Settlement discussion with defendant | .13 | $25.00 | Atty |
| 02/08/2008 | Issued demand letter in aggregate | .25 | $18.75 | Para |
| 02/28/2008 | Filed/Mailed  Proof of Service | .25 | $18.75 | Para |
| 03/11/2008 | Prepared RFD of Ind. | .50 | $100.00 | Atty |
| 03/111/2008 | Filed and Mailed RFD | .25 | $18.75 | Para |
| 03/17/2008 | Review Clerk's Certificate | .12 | $25.00 | Atty |
| 03/24/2008 | Drafted Motion for Default | 1.0 | $200.00 | Atty |

|  | **Hours** | **Fee** |
|---|---|---|
|  | **4.37 Atty** | **$ 874.00** |
|  | **3.00 Para** | **$ 225.00** |

|  | **Total** | $1,099.00 |
|---|---|---|

5.     As part of its factual research, Plaintiff's Counsel conducted a search of the New York State Department of State Division of Corporations. The results show that Nelly Olmedo Bucheli is the Principal of Olmedo Olmedo Inc. The Public Query Results page is attached hereto as Exhibit "B".

6.     We respectfully request  that judgment be entered in favor of Plaintiff and against the Defendants in the manner stated herein.

**WHEREFORE,** your deponent respectfully requests that this Court in its discretion grant  judgment by default under 605(a) on COUNT I of the Plaintiff's complaint against the Defendants jointly and severally as follows:

**Against, NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder**

**and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS, and OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of EIGHT HUNDRED TWENTY FOUR DOLLARS AND FIFTY CENTS ($824.50)

**Against, OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,**

1) under 605(e)(3)(C)(i)(II) a sum *in the discretion of the Court*, of <u>up to</u> TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum *in the discretion of the Court*, of <u>up to</u> ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) *in the discretion of the Court*, costs and Attorney fees of EIGHT HUNDRED TWENTY FOUR DOLLARS AND FIFTY CENTS ($824.50)

Dated: April 2, 2008
    Ellenville, NY 12428

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Bar Roll No. JL8512
Lonstein Law Office, P.C.
Attorneys for Plaintiff
1 Terrace Hill; PO Box 351
Ellenville, NY 12428
Telephone: 845-647-8500
Facsimile: 845-647-6277

Sworn to before me this 24TH
day of March 2008

/s/ April Draganchuk
*April Draganchuk*
*Notary Public State of New York*
*Registration No. 4945872*
*Residing in Ulster County*
*My Commission Expires Jan. 27, 2011*

Exhibit A

Mountain Support Services

# Invoice

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|------|-----------|
| 10/29/2007 | 1145 |

| Bill To |
|---------|
| Lonstein Law Office, PC<br>Wayne D Lonstein<br>1 Terrace Hill<br>P.O. Box 351<br>Ellenville, NY 12428 |

| Description | Amount |
|-------------|--------|
| CORPORATE SERVICE ON SECRETARY OF STATE<br>J&J v. OLMEDO OLMEDO, INC<br>YOUR FILE #07-4-S03<br>CV#07-8419 | 100.00 |

| | Total | $100.00 |

Mountain Support Services

# Invoice

1 Terrace Hill
P.O. Box 615
Ellenville, NY 12428

| Date | Invoice # |
|------|-----------|
| 1/3/2008 | 1189 |

| Bill To |
|---------|
| Lonstein Law Office, PC<br>Wayne D Lonstein<br>1 Terrace Hill<br>P.O. Box 351<br>Ellenville, NY 12428 |

| Description | Amount |
|-------------|--------|
| INDIVIDUAL SERVICE<br>J&J v. NELLY OLMEDO BUCHELI<br>YOUR FILE #07-4-S03<br>CV #07-8419 | 100.00 |
| **Total** | $100.00 |

Exhibit B

# NYS Department of State

## Division of Corporations

## Entity Information

Selected Entity Name: OLMEDO OLMEDO INC.

Selected Entity Status Information

**Current Entity Name:** OLMEDO OLMEDO INC.
**Initial DOS Filing Date:** NOVEMBER 15, 2002
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

OLMEDO OLMEDO INC.
NELLY M. OLMEDO
219 E. 116TH STREET
NEW YORK, NEW YORK, 10029

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page