ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,       **RULE 54(b) STATEMENT**
        Plaintiff,       Civil Action No. 07-CV-08419
    HON. SHIRA A. SCHEINDLIN

   -against-

NELLY OLMEDO BUCHELI, Individually,
and as officer, director, shareholder and/or
principal of OLMEDO OLMEDO INC. d/b/a
MOJITAS BAR & GRILL a/k/a MOJITAS
LOUNGE RESTAURANT a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS
BAR & GRILL a/k/a MOJITAS LOUNGE
RESTAURANT a/k/a MOJITAS,
              Defendants.
-----------------------------------------------------------

     Plaintiff, J & J Sports Productions, Inc., as and for its Statement pursuant to Rule 54(b)

of the Federal Rules of Civil Procedure hereby states as follows:

    There is no just reason for delay in this Default Judgment as the interest of justice

require the issuance of judgment as requested without further delay, as the defaulting

Defendants are the only remaining Defendants in this case.

Dated: April 2, 2008
     Ellenville, NY  12428       LONSTEIN LAW OFFICE, P.C.

    By:   /s/Julie Cohen Lonstein
       Julie Cohen Lonstein
       Bar Roll No.  JL8521
       Attorney for Plaintiff
       1 Terrace Hill; PO Box 351
       Ellenville, NY 12428
       Telephone:  845-647-8500
       Facsimile:   845-647-6277