ECF CASE
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as
Broadcast Licensee of the **May 5, 2007**
**DeLaHoya/Mayweather** Program,

                  Plaintiff,

-against-

NELLY OLMEDO BUCHELI, Individually, and as
officer, director, shareholder and/or principal of
OLMEDO OLMEDO INC. d/b/a MOJITAS BAR &
GRILL a/k/a MOJITAS LOUNGE RESTAURANT
a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS BAR &
GRILL a/k/a MOJITAS LOUNGE RESTAURANT
a/k/a MOJITAS,
                  Defendants
------------------------------------------------------------

STATEMENT FOR JUDGMENT

Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

| | |
|---|---|
| **Principal Amount**............................................................................ | $ 110,000.00 |
| **Costs:** | |
|     Filing Fees (per Defendant)........................................................ | $ 175.00 |
|     Process Server (per Defendant).................................................. | $ 100.00 |
|     Attorney's Fee (per Defendant).................................................. | $ 549.50 |
| **TOTAL (Per Defendant)**.................................................................. | $ 110,824.50 |

      ***BETWEEN $10,000 - $110,000 IN THE DISCRETION OF THE COURT***

                        LONSTEIN LAW OFFICE, P.C.

                        By: /s/ Julie Cohen Lonstein
                              Julie Cohen Lonstein
                              Bar Roll No. JL8521
                              Attorney for Plaintiff
                              1 Terrace Hill; PO Box 351
                              Ellenville, NY 12428
                              Telephone: 845-647-8500
                              Facsimile: 845-647-6277