ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

           Plaintiff,

-against-

NELLY OLMEDO BUCHELI, Individually, and as officer, director, shareholder and/or principal of OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

and

OLMEDO OLMEDO INC. d/b/a MOJITAS BAR & GRILL a/k/a MOJITAS LOUNGE RESTAURANT a/k/a MOJITAS,

           Defendants

**CERTIFICATE OF SERVICE**

Civil Action No. 07-CV-08419
HON. SHIRA A. SCHEINDLIN

-----------------------------------------------------------------

      The undersigned certifies that on the 2nd day of April 2008, your deponent served the following documents by Certified Mail Return Receipt Requested:

    Notice of Motion for Default
    Default Judgment
    Attorney Affidavit of Cost and Fees
    Plaintiff's Affidavit
    Memorandum of Law
    Statement for Judgment
    Rule 54b Statement
    Clerk Certificate of Default
    Certificate of Service

on the following:

Nelly Olmedo Bucheli
6343 Austin Street, Apt. 2D
Rego Park, New York 11374

Mojitos Lounge and Restaurant
227 East 116th Street
New York, New York 10029-1455

                                                                   /s/ Julie Cohen Lonstein
                                                                   Julie Cohen Lonstein